UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEIDY E. FLORIAN JIMENEZ AND WINDER JIMENEZ,

                Plaintiffs,

-against-

PLATINUM FREIGHT GROUP LTD., RICHARD LOBO AND ANGEL LUIS ABREU DIAZ,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/16/2025_

25 Civ. 8470 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendants have filed a notice of removal in the above-captioned action. ECF No. 1. By **November 6, 2025**, Plaintiffs shall inform the Court whether they intend to contest removal. If so, the Court will set a briefing schedule. If not, the action will proceed in the ordinary course.

    Defendants are directed to serve a copy of this order on Plaintiff and file proof of such service on the docket by **October 23, 2025**.

    SO ORDERED.

Dated: October 16, 2025
       New York, New York

                                        ANALISA TORRES
                              United States District Judge