**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Leidy Florian Jimenez and Winder Jimenez,**

**Plaintiffs,**

-against-

**Platinum Freight Group Ltd., et al.,**

**Defendants.**

---

**1:25-cv-08470 (AT) (SDA)**

**ORDER**

---

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during today's telephone conference, it is hereby ORDERED, as follows:

1.      No later than January 21, 2026, attorney Danielle J. Reiss ("Attorney Reiss") shall file any motion to withdraw as counsel for defendant Angel Luis Abreu Diaz ("Diaz"), pursuant to Local Civil Rule 1.4(b), and shall serve the motion to withdraw on Diaz and file proof of service to the ECF docket.

2.      No later than February 4, 2026, Plaintiffs and Diaz shall file any opposition to the motion to withdraw.

3.      No later than February 11, 2026, Attorney Reiss shall file any reply.

**SO ORDERED.**

Dated:      New York, New York
            January 7, 2026

_____
STEWART D. AARON
United States Magistrate Judge